UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY SAM LADD,
    Plaintiff,

vs.                                      Case No.:  3:25cv584/LC/ZCB

DIQUAN JONES,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 10, 2025. (Doc. 6).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

1

3. The Clerk of Court is directed to close this case and terminate all pending motions.

**DONE AND ORDERED** this 10th day of July, 2025.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**